UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gregory Winokur,

    Plaintiffs,

v.                                                              Case No.  20-13357
                                                             Honorable Victoria A. Roberts

Crain Communications, Inc.,

    Defendant.
_____/

## ORDER OF DISMISSAL

The parties filed a Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. #5)

**IT IS ORDERED** that this matter is dismissed without prejudice.

                                                    s/ Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United State District Judge

Dated: 4/7/2021